JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 19-4398-JFW(ASx)**                                                          Dated: **June 1, 2022**

Title:   Joe Alfred Taylor -v- Los Angeles County Sheriff s Department, et al.

---

PRESENT:   HONORABLE JOHN F. WALTER, U.S. DISTRICT JUDGE

Shannon Reilly                                                      None Present
Courtroom Deputy                                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                        None Present

**PROCEEDINGS (IN CHAMBERS):**          **ORDER**

     In light of counsel's failure to file a Status Report by February 7, 2022, the Court assumes that the settlement of this action has been completed.  Accordingly, the Court dismisses this action without prejudice subject to either party reopening the action on or before June 15, 2022.  The Court will retain jurisdiction for the sole purpose of enforcing the settlement until June 15, 2022.  Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice.

Initials of Deputy Clerk   sr